UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL A. ROBINSON,

        Plaintiff,                      Case No. 1:14-cv-750

v.                                      Honorable Paul L. Maloney

UNKNOWN STODDARD,

        Defendant.
_____/

## JUDGMENT

In accordance with the Order issued this date,

      **IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated:  September 24, 2014          /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                      Chief United States District Judge